# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mark Adams | ) | Case No. 11-38722 |
| Debtor(s) | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO:

United States Trustee (via electronic notice)

Mark Adams, 19W011 Avenue Normandy East, Oakbrook, IL 60523-0000

See attached list of all creditors

PLEASE TAKE NOTICE that on 12/3/2012 at 10:30 a.m. or soon thereafter I shall be heard, I shall appear before the Honorable Judge Jack B. Schmetterer, at 219 S. Dearborn St., Courtroom 682, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/ _Xiaoming Wu_
LEDFORD & WU
Attorneys at Law
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 200 S. Michigan Ave., Chicago, IL 60604, on November 8, 2012 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Xiaoming Wu_

```
Label Matrix for local noticing         U.S. Bankruptcy Court                   American Express
0752-1                                  Eastern Division                        American Express Special Research
Case 11-38722                           219 S Dearborn                          Po Box 981540
Northern District of Illinois           7th Floor                               El Paso, TX 79998-1540
Chicago                                 Chicago, IL 60604-1704
Wed Apr 25 08:07:39 CDT 2012

American Express Centurion Bank         Atlas Acquisitions LLC  (Bank of America, N.   Bank Of America
c o Becket and Lee LLP                  294 Union St.                           Po Box 17054
POB 3001                                Hackensack, NJ 07601-4303               Wilmington, DE 19850-7054
Malvern, PA 19355-0701


Bank Of America, N.a.                   Barclays Bank Delaware                  Blatt, Hasenmiller, Leibsker et al
450 American St                         Attention: Bankruptcy                   125 S. Wacker Drive, Suite 400
Simi Valley, CA 93065-6285              Po Box 8801                             Chicago, IL 60606-4440
                                        Wilmington, DE 19899-8801


CANDICA, LLC                            Capital One Bank                        Capital One Bank (USA), N.A.
C O WEINSTEIN AND RILEY, PS             General Correspondence                  by American InfoSource LP as agent
2001 WESTERN AVENUE, STE 400            PO Box 30285                            PO Box 71083
SEATTLE, WA 98121-3132                  Salt Lake City, UT 84130-0285           Charlotte, NC  28272-1083


Capital One, N.A.                       Capital Title Insurance Company         Carmax Auto Finance
Capital One Bank (USA) N.A.             Attn: Janelle Hawley                    Attn: Bankruptcy
Po Box 30285                            25800 Northwestern Hwy, #250            Po Box 440609
Salt Lake City, UT 84130-0285           Southfield, MI 48075-6118               Kennesaw, GA 30160-9511


Chase                                   Chase Bank USA N.A.                     Chase Bank USA, N.A.
Po Box 15298                            ATTN: Legal Dept.                       PO Box 15145
Wilmington, DE 19850-5298               131 S. Dearborn St, 5th Floor           Wilmington, DE 19850-5145
                                        Chicago, IL 60603-5571


Citibank                                Citibank                                Citibank N.A.
Attn: Centralized Bankruptcy            CitiCorps Credit Services/Attn: Cen     c/o Citibank (South Dakota) N.A.
Po Box 20507                            Po Box 20503                            Attn: Claims Dept. MC 2135
Kansas City, MO 64195-0507              Kansas City, MO 64195-0503              701 E 60th Street North
                                                                                Sioux Falls, SD 57104-0432


Citibank Sd, Na                         Citibank Sd, Na                         Citibank Stu
Attn: Centralized Bankruptcy            CitiCorp Credit Services                Attn: Bankruptcy
Po Box 20507                            7920 Nw 110th St.                       Po Box 6191
Kansas City, MO 64195-0507              Kansas City, MO 64153-1270              Sioux Falls, SD 57117-6191


DTE Energy                              DTW Energy                              Dalton, Tomich & Pensler, PLC
One Energy Plaza, WCB 2124              P.O. Box 740786                         41000 Woodward Ave., Suite 345 East
Detroit, MI 48226-1221                  Cincinnati, OH 45274-0786               Bloomfield Hills, MI 48304-5174


Discover Bank                           Discover Financial Services             Equable Ascent Financial
DB Servicing Corporation                Attention:  Bankruptcy Department       Attn: Bankruptcy
PO Box 3025                             Po Box 3025                             1120 W. Lake Cook Road
New Albany, OH  43054-3025              New Albany, OH 43054-3025               Buffalo Grove, IL 60089-1970
```

| | | |
|---|---|---|
| Eva Tameling, Tameling & Associates, P.C.<br>1010 Jorie Blvd., Suite 337<br>Oak Brook, IL 60523-4419 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Ford Motor Credit Corporation<br>Ford Credit<br>Po Box 6275<br>Deerborn, MI 48121-6275 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| HSBC Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Julia A. Adams<br>125 Victoria Ln<br>Haines City, FL 33844-6903 | Leval One Bank<br>Dalton & Tomich, PLC<br>c/o Zana Tomich P65472<br>41000 Woodward Ave ATE 345 East<br>Bloomfield, MI 48304-5174 |
| Mhesla/GLESI<br>2401 International Ln<br>Madison, WI 53704-3121 | Mhsla/GLESI<br>2401 International Ln<br>Madison, WI 53704-3121 | National Credit System<br>Attn: Bankruptcy<br>Po Box 312125<br>Atlanta, GA 31131-2125 |
| Nicor Gas<br>Attention: Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507-0190 | Phillip Helding D.O.<br>Psych Associates<br>950 N York Road 107<br>Hinsdale, IL 60521-8608 | Sears/CBNA<br>8725 W. Sahara Ave<br>The Lakes, NV 89163-0001 |
| Sleep Solutions Inc.<br>825 E. Gulf Rd.<br>Suite 1144<br>Arlington Heights, IL 60005-5200 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Departnment of Education<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 |
| Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403-5609 | Mark Duff Adams<br>19W011 Avenue Normandy East<br>Oak Brook, IL 60523-1057 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Xiaoming Wu<br>Ledford & Wu<br>200 S Michigan Ave Ste 209<br>Chicago, IL 60604-2406 | Xiaoming Wu<br>Ledford & Wu<br>200 S. Michigan Ave.<br>Chicago, IL 60604-2402 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FORD MOTOR CREDIT COMPANY LLC          Internal Revenue Service          US Bank
DRAWER 55-953                          Mail Stop 5010 CHI                950 17th St., Ste. 810
P.O. BOX 55000                         230 S. Dearborn Street            Denver, CO 80202
DETROIT, MI  48255-0953                Chicago, IL 60604
Telephone No. (800) 955-8532
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company LLC       (u)Level One Bank                 End of Label Matrix
                                                                         Mailable recipients   55
                                                                         Bypassed recipients    2
                                                                         Total                 57
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Mark Adams | ) | Case No. 11-38722 |
| Debtor(s) | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| | ) | Judge Jack B. Schmetterer |

**MOTION FOR FINAL DECREE**

The debtor(s), by and through counsel, and in support of Motion for Final Decree pursuant to Local Bankruptcy Rule 3022-1, states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on 9/13/2011.

4. The court confirmed the debtor's Chapter 11 plan and approved the disclosure statement on 6/18/2012.

5. The debtor is current on the payments due to each class under the confirmed plan.

WHEREFORE, the debtor(s) requests that the court enter a final decree in this case, and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/ __Xiaoming Wu__
Ledford & WU
Attorneys for the Debtor
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410